# Weaver & Associates, p.c.

Luther E. Weaver, III, Esquire
14th Floor, 1525 Locust Street
Philadelphia, PA 19102-3732

Tel: (215) 790-0600
Fax: (215) 790-0628
E-Mail: lew@leweaver.com

May 21, 2015

The Honorable Jan E. Dubois
United States District Court for the
Eastern District of Pennsylvania
Room 12613, U.S. Courthouse
601 Market Street,
Philadelphia, PA 19106-1721

<u>United States of America v. Jamal Ezell; Criminal No.: 02-815</u>

Dear Judge Dubois:

At the conclusion of the hearings on April 30, 2015 on the 2255 Motions, the Court provided all parties with a copy of Mr. Ezell's pro se Motion to Alter or Amend the Judgment, document number 188, filed on August 19, 2009 (the "Motion"). The Court advised all parties that the Motion had not been specifically decided.

As counsel for Mr. Ezell, I reviewed the Motion, advised Mr. Ezell with regard to the Motion, and he authorized me to withdraw the Motion. Therefore, as authorized by my client, I am requesting that the Court issue an order that the Motion be regarded as withdrawn and therefore, moot.

Thank you for your time and consideration in this matter.

Very truly yours,

LUTHER E. WEAVER, III

cc:    Mr. Jamal Ezell (via mail)
       Assistant United States Attorney Jeffery W. Whitt (via fax)
       Assistant United States Attorney Joan E. Burnes (via fax)

## CERTIFICATE OF SERVICE

I, LUTHER E. WEAVER, III, ESQUIRE, hereby certify that I have served a copy of the within Letter to the Court requesting Defendant's pro se Motion to Alter or Amend the Judgment be withdrawn, upon all attorneys of record by electronic transmission and by fax as follows:

Jeffery W. Whitt, Esquire
Joan E. Burnes, Esquire
Assistant United States Attorney
U.S. Attorney's Office for the E.D. of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

_____
LUTHER E. WEAVER, III, ESQUIRE

Dated: May 21, 2015